UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**UNITED STATES OF AMERICA,**

   Plaintiff,

v.                                                          CASE NO.: 1:04-CR-033-SPM

**LEROY WILLIAMS,**

   Defendant.

_____/

ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon Defendant's "Motion to Continue Sentencing" (doc. 37) filed April 15, 2005, in which Defendant requests a 60-day continuance of sentencing. As grounds, defense counsel cites the need of Defendant's tax preparer to gather additional information as well as Defendant's cooperation with the Government, which is unopposed to the granting of the motion. Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1. The Motion to Continue Sentencing (doc. 37) is *granted*

2. Sentencing is reset for **Monday, July 11, 2005** at **1:30pm** at the

United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>twenty-fifth</u> day of April, 2005.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge

/pao