UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.    CASE NO.: 1:04-CR-033-SPM

LEROY WILLIAMS,

    Defendant.

_____/

## ORDER CONTINUING SENTENCING

**THIS CAUSE** comes before the Court upon Defendant's "Joint Motion to Continue Sentencing" (doc. 40) filed July 6, 2005, in which Defendant requests a 30-day continuance of sentencing. As grounds, defense counsel cites Defendant's ongoing cooperation with the Government, which is unopposed to the granting of the motion. Finding good cause for the postponement, it is

**ORDERED AND ADJUDGED** as follows:

1.    The Joint Motion to Continue Sentencing (doc. 40) is *granted*.

2.    Sentencing is reset for **Tuesday, August 9, 2005** at **1:30pm** at the

United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>sixth</u> day of July, 2005.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge

/pao

1:04-cr-33-SPM