IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                           CASE NO.: 1:04-CR-033-SPM

LEROY WILLIAMS,

    Defendant.
_____/

## ORDER CONTINUING REVOCATION HEARING

**THIS CAUSE** comes before the Court upon "Defendant's Unopposed Motion to Continue Revocation Hearing" (doc. 59) filed on June 19, 2007. Defendant requests a 30-day continuance in order to review and resolve the pending state charges underlying the current violation of supervised release. The motion is unopposed. For good cause shown, it is

**ORDERED AND ADJUDGED** as follows:

1.     Defendant's Motion to Continue (doc. 59) is hereby *granted*.

2.     The hearing is reset for ***Monday, August 6, 2007*** at ***1:30pm*** at the United States Courthouse in Gainesville, Florida.

**DONE AND ORDERED** this <u>twenty-sixth</u> day of June, 2007.

                                    *s/ Stephan P. Mickle*
                                    Stephan P. Mickle
                                    United States District Judge