UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                      CASE NO. 1:04-CR-033-SPM

LEROY WILLIAMS,

    Defendant.

_____/

## ORDER MODIFYING PROBATION

This matter is before the Court on a petition alleging that the defendant violated the conditions of his probation as outlined in Probation Form 12C filed with the Clerk of the U. S. District Court for the Northern District of Florida, on May 29, 2007.

The defendant entered a plea of no contest to the violation as outlined in the Petition, the Court finds that the defendant violated the terms and conditions of his probation.

**IT IS HEREBY ORDERED** that the defendant be continued on probation with the following additional conditions:

    The defendant shall reside at a Bureau of Prisons Community Service Center for a period of 180 days and shall remain there, except for activities approved in advance by the probation officer and service center staff.  The defendant will contribute toward the costs of subsistence, based on a percentage of his gross employment income.  While at the center, the defendant shall comply with all rules and regulations of the center and comply with the instructions of center staff.

    The defendant shall comply with the restitution order imposed in Alachua County Case No. 2007-CF-1942-A.

    All other conditions previously imposed shall remain in full force and effect.

    DONE AND ORDERED this   4th   day of February, 2008.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge

February 11, 2008